UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| QIHENG YAO,<br><br>    Plaintiff,<br><br>v.<br><br>KENNETH A. CATHEY, et al.,<br><br>    Defendants. | Case No. 3:21-cv-00120<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

On March 26, 2021, the parties filed a joint motion requesting an extension of time for to the defendants to answer Plaintiff Qiheng Yao's complaint. (Doc. No. 12). Counsel also filed a joint motion to continue the initial case management conference. (Doc. No. 13). The motions are GRANTED. The defendants shall respond to Yao's complaint by April 28, 2021.

The initial case management conference is CONTINUED to May 12, 2021, at 10:00 a.m. Counsel for each party shall call (888) 557-8511 and enter access code 7819165# to participate.

The parties are reminded of their obligation to file a joint proposed case management order no later than three business days before the conference. The parties shall also email a Word version of the joint proposed case management order to Newbern_Chambers@tnmd.uscourts.gov.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge